UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHARLES K. STANLEY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) CAUSE NO. 1:23-cv-01268-JMS-TAB |
| TRADITIONS HOSPICE OF INDIANAPOLIS, LLC d/b/a TRADITIONS HEALTH, LLC, | ) ) ) ) ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, Charles K. Stanley and Defendant, Traditions Hospice of Indianapolis, LLC d/b/a Traditions Health, LLC, having filed a Joint Stipulation of Dismissal with Prejudice,

IT IS THEREFORE ORDERED that all claims asserted by Plaintiff Charles K. Stanley in this matter are dismissed with prejudice, with each party to bear their own attorneys' fees and costs [29].

Date: 2/14/2024

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution to:
All ECF Counsel of Record